

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

BRENDA J. JONES,

                Plaintiff,

v.

TARGET STORE INC.,

                Defendant.

Action No. 3:09–CV–81

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Amend Complaint (Docket Nos. 9 & 19). The Amended Complaint corrects factual errors and a misnomer, and sets forth only one cause of action contained within the original Complaint. Plaintiff also seeks to remove Susan Haynes and Ms. Smith, and add Gregory Anderson, the loss prevention employee of Target. For the reasons stated in the accompanying Memorandum Opinion, the Motion is GRANTED as to the correction of factual errors, the misnomer, and the removal of Haynes and Smith as parties. However, the Motion is DENIED as to the addition of Gregory Anderson as a party. Plaintiff is directed to submit an Amended Complaint in accordance with this Order.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

ENTERED this 30th day of April 2009

/s/
James R. Spencer
Chief United States District Judge